IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40095
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SECUNDINO MATA, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-402-01
--------------------
February 14, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Secundino Mata, Jr., has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Mata has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.